**Nancy White**
*Pro per*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR-17-01228-PHX-JJT(MHD) |
| Plaintiff, | **MOTION TO CONTINUE** |
| vs. | |
| NANCY WHITE, | |
| Defendant. | |

COMES NOW, Defendant, Nancy White ("Defendant"), pursuant to the rules of this Court and the laws of Arizona, and hereby moves this Court to continue the Arraignment scheduled in this matter on September 27, 2017 at 10:00 a.m.

This request is not made for the purposes of delay or to prejudice the other party but for the following reasons:

1. Counsel for Defendant Harlow White has conferred with the Assistant U.S. Attorney, Monica Edelstein, and she has no objection to the requested continuance.

2. Defendant, and Defendant Harlow White need to drive together for their appearances before this Court.

3. Defendant, Harlow White sought the same continuance by separate Motion to Continue, which has been granted, and Defendant hereto requests to appear on the same day, October 11, 2017 at 10:00 a.m., in Courtroom 302 and at the convenience of the Court.

RESPECTFULLY SUBMITTED on this 22nd day of September, 2017.

By: /s/ Nancy White

Nancy White

## CERTIFICATE OF SERVICE

I certify that on September 22, 2017, I caused a copy of the foregoing **DEFENDANT'S MOTION TO CONTINUE** to be delivered by hand at the address listed below, to the following:

Monica Edelstein
Assistant U.S. Attorney + clerk of the court
Sandra Day O'Connor US Courthouse
401 W. Washington St.
Phoenix, AZ 85003

/s/ Nancy White

Nancy White