# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Nancy White,<br><br>             Defendant. | No. CR-17-01228-002-PHX-JJT<br><br>**ORDER** |

The Court having considered Defendant's Motion to Continue (Doc. 13), there being no objection by the Government, and good cause appearing,

IT IS ORDERED granting the Motion to Continue (Doc. 13).

IT IS FURTHER ORDERED continuing Initial Appearance and Arraignment from September 27, 2017 to **Wednesday, October 11, 2017 at 10:00 a.m.**, as requested in the motion, before U.S. Magistrate Judge John Z. Boyle, Courtroom 302, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.

Dated this 22nd day of September, 2017.

_____
Honorable Eileen S. Willett
United States Magistrate Judge